UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

ROSALEEN CLARKE, ISMAEL ALVARADO, and
LARRY DON SMITH, individually and on behalf of
all others similarly situated,

                              Plaintiffs,

            v.

AMERICAN EXPRESS COMPANY, AMERICAN
EXPRESS TRAVEL RELATED SERVICES, INC.,
AMERICAN EXPRESS CENTURION BANK,
AND AMERICAN EXPRESS BANK, FSB,

                              Defendants.

------------------------------------------------------------------ X

Case No. 12 Civ. 7496 (LAK) (FM)

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the respective parties thereto, that the above-captioned action is voluntarily dismissed, without prejudice against defendants American Express Company, American Express Travel Related Services Company, Inc., American Express Centurion Bank and American Express Bank, FSB pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: September 4, 2014

| STROOCK & STROOCK & LAVAN LLP | PARIS ACKERMAN & SCHMIERER LLP |
|---|---|
| By: /s/ Joseph E. Strauss | By: /s/ Ross H. Schmierer |
| Joseph E. Strauss | Ross H. Schmierer |
| 180 Maiden Lane | 103 Eisenhower Parkway |
| New York, NY 10038-4982 | Roseland, NJ 07068 |
| Tel: (212) 806-5400 | Tel: (973) 228-4860 |
| Fax: (212) 806-6006 | Fax: (973) 629-1246 |
| *Counsel to Defendants* | *Counsel to Plaintiffs* |

NY 75222706v1